# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-51104
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
October 17, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RAYMOND S. TELLEZ, also known as Raymond Simon Tellez, also known as
Raymond Tellez, also known as Indio, also known as Pato, also known as
Yeska, also known as Simon Tellez,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:13-CR-468-1

Before DENNIS, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Raymond S. Tellez has moved for
leave to withdraw and has filed a brief in accordance with *Anders v. California*,
386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).
Tellez has filed a response. The record is not sufficiently developed to allow us
to make a fair evaluation of Tellez's claims of ineffective assistance of counsel,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-51104

to the extent that these claims are not barred by his appeal waiver; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Tellez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.